Filed 1/27/25  P. v. Basquez CA2/6

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>BOBBY OSCAR BASQUEZ,<br><br>    Defendant and Appellant. | 2d Crim. No. B335971<br>(Super. Ct. No. 2022024113)<br>(Ventura County) |

Bobby Oscar Basquez pled guilty to bringing drug paraphernalia into a jail (Pen. Code, § 4573, subd. (a)) (count 1) and giving false information to a police officer (*ibid.*, § 148.9, subd. (a)) (count 2).

The trial court struck the prior strike and sentenced Basquez to 24 months of formal probation conditioned on completion of a six-month inpatient treatment program.

Six weeks after the plea, the prosecutor charged violations of probation including failure to report to the probation officer, failure to report for testing, failure to participate in the treatment program, and drug use.  The trial court found Basquez

in violation of probation and sentenced him to the low term of two years in prison on count 1 and a concurrent 90 days on count 2.

We appointed counsel to represent Basquez in this appeal. After counsel's examination of the record, counsel filed an opening brief raising no issues.

On September 18, 2024, we advised Basquez by mail that he had 30 days within which to personally submit any contentions or issues that he wished to raise on appeal.  We have received no reply.

We have reviewed the entire record and are satisfied that Basquez's attorney has fully complied with her responsibilities and that no arguable issue exists.  (*People v. Wende* (1979) 25 Cal.3d 436, 441.)

The judgment (order) is affirmed.
<u>NOT TO BE PUBLISHED.</u>


GILBERT, P. J.


We concur:



BALTODANO, J.



CODY, J.

Paul Feldman, Judge

Superior Court County of Ventura

_____

Natalie Cohen, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.